# EXHIBIT 1

SCC Home |
Contact SCC |
Site Map |
Search





```
                                                        12/21/10
         LLCM3220              LLC DATA INQUIRY                  16:11:48
   LLC ID:  S329601 - 1   STATUS: 00  ACTIVE          STATUS DATE:  06/09/10
   LLC NAME:  Pragmatus AV, LLC


DATE OF FILING: 06/09/2010   PERIOD OF DURATION:         INDUSTRY CODE: 00
STATE OF FILING:  VA VIRGINIA              MERGER INDICATOR:
                   CONVERSION/DOMESTICATION INDICATOR:
               P R I N C I P A L   O F F I C E   A D D R E S S
      STREET:   601 N KING ST


      CITY:  ALEXANDRIA              STATE:  VA  ZIP:  22314-0000
          R E G I S T E R E D   A G E N T   I N F O R M A T I O N
    R/A NAME:  WILLIAM A MARINO


      STREET:   601 N KING ST


      CITY:  ALEXANDRIA              STATE:  VA  ZIP:  22314-0000
R/A STATUS: 1 MEMBER/MANAGER   EFF DATE:  06/09/10 LOC: 200  ALEXANDRIA CITY
      YEAR      FEES        PENALTY      INTEREST        BALANCE
       00
```

**(Screen Id:/LLC_Data_Inquiry)**